COURT OF APPEALS OF VIRGINIA

Present:   Judges Petty, Chafin and Senior Judge Annunziata

WALTER P. PHEASANT

                                                              MEMORANDUM OPINION*
v.      Record No. 2302-13-4                                       PER CURIAM
                                                                  APRIL 1, 2014
CHESTERFIELD COUNTY


                FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

           (Alaina M. Dartt; Ashcraft & Gerel, LLP, on brief), for appellant.

           (Michael P. Kozak, Senior Assistant County Attorney, on brief), for
           appellee.


        Walter P. Pheasant appeals a decision of the Workers' Compensation Commission

finding that his work environment did not contribute to his back injury and his injury did not

arise out of his employment.  We have reviewed the record and the commission's opinion and

find that this appeal is without merit.  Accordingly, we affirm for the reasons stated by the

commission in its final opinion.  See Pheasant v. Chesterfield Cnty, VWC File No.

VA00000686906 (Nov. 1, 2013).  We dispense with oral argument and summarily affirm

because the facts and legal contentions are adequately presented in the materials before the Court

and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                            Affirmed.

_____

        * Pursuant to Code § 17.1-413, this opinion is not designated for publication.

UNPUBLISHED